UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH K. SHELTON,

                Petitioner,

-against-

THE ADMINISTRATION OF PAROLE; FCI OTISVILLE,

                Respondents.

20-CV-1067 (CM)

ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION

COLLEEN MCMAHON, Chief United States District Judge:

Petitioner, proceeding *pro se*, brings this action styled as a petition for a writ of *habeas corpus* under 28 U.S.C. § 2241.[1] To proceed with a petition for a writ of *habeas corpus* in this Court, a petitioner must either pay the $5.00 filing fee or, to request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Petitioner submitted the petition without the filing fee or an IFP application. Within thirty days of the date of this order, Petitioner must either pay the $5.00 filing fee or complete and submit the attached IFP application. If Petitioner submits the IFP application, it should be labeled with docket number 20-CV-1067 (CM). If the Court grants the IFP application, Petitioner will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

The Clerk of Court is directed to mail a copy of this order to Petitioner and note service on the docket. No answer shall be required at this time. If Petitioner complies with this order, the

---

[1] If Petitioner seeks damages for his claims, which appear to be about receiving legal mail, the proper vehicle is a civil rights action under 42 U.S.C. § 1983. To bring such a civil rights action, a prisoner must either pay $400.00 in filing fees (including a $50.00 administrative fee), or submit a signed Prisoner Authorization form, authorizing the Court to withdraw installment payments toward the $350.00 filing fee.

case shall be processed in accordance with the procedures of the Clerk's Office. If Petitioner fails to comply with this order within the time allowed, the action will be dismissed without prejudice to refiling.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: February 11, 2020
       New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge